# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Arati Zala, et al**

**vs.**

**Deep Management Inc., et al**

Action No:   5:22cv58

Date:   9/7/2023

Judge:   Elizabeth K. Dillon

Court Reporter:   Mary Butenschoen

Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

James Goodley

Defendant Attorney(s)

Matthew Frederick Nieman

PROCEEDINGS:

Parties present via zoom by counsel for hearing on Motion for Settlement (dkt. 48)

Terms of settlement announced.

Settlement met with uniform approval of parties.

Court Approves settlement. Will enter consent order.

Time in Court:   12:30 – 12:53; 23 min